**Steven Levon SWINT, Petitioner— Appellant,**

**v.**

**Joseph BROOKS, Respondent— Appellee.**

**No. 05–6063.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2005.

Decided: May 6, 2005.

Steven Levon Swint, Appellant pro se.

Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven L. Swint appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Swint v. Brooks*, No. CA–04–341 (E.D.Va. Dec. 7,

---

\* We note that this dismissal will count as a "strike" for purposes of future filings under 28 U.S.C. § 1915(g).

2004). We dispense with oral argument because the facts and legal issues are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*